[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 6, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-12926
Non-Argument Calendar

_____

D. C. Docket No. 05-00068-CR-3-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TOMMY LEWIS WALKER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(April 6, 2007)**

Before TJOFLAT, DUBINA and HULL, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, Esq., appointed counsel for Tommy Lewis Walker, has

filed a motion to withdraw on appeal supported by a brief prepared pursuant to

*Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our

independent review of the entire record reveals counsels' assessment of the relative

merit of the appeal is correct.  Independent examination of the entire record reveals

no arguable issues of merit, therefore, counsel's motion to withdraw is

**GRANTED**, and Walker's conviction and sentence are **AFFIRMED**.